# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| KEVIN RIEKER,<br><br>　　Plaintiff,<br><br>v.<br><br>NATIONAL CAR CURE, LLC, SUNPATH, LTD CORP. d/b/a SUNPATH LTD CORP. OF DELAWARE, and NORTHCOAST WARRANTY SERVICES, INC.,<br><br>　　Defendants. | **Case No. 3:20-cv-05901-TKW-HTC** |

## **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant, NATIONAL CAR CURE, LLC ("NCC"), by and through its undersigned counsel, hereby discloses the following pursuant to Fed. R. Civ. P. 7.1:

1.　The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

| | |
|---|---|
| **National Car Cure, LLC** | **Defendant** |
| **SunPath, Ltd Corp. d/b/a SunPath Ltd Corp. of Delaware** | **Defendant** |
| **Northcoast Warranty Services, Inc.** | **Defendant** |
| **Jason S. Weiss, Esq.** | **Attorney for Defendant** |
| **Weiss Law Group, P.A.** | **Attorneys for Defendant** |
| **Amy L. Bennecoff Ginsburg, Esq.** | **Attorney for Plaintiff** |
| **Kimmel & Silverman, P.C.** | **Attorneys for Plaintiff** |

**NCC states that there are no other persons, associations or persons, firms, partnerships, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case other than the parties to this action and their respective counsel.**

2. The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings:

**None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

**Plaintiff and National Car Cure, LLC.**

I hereby certify that, except as disclosed above, I am unaware of any action or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: January 11, 2021 **Respectfully submitted,**

 /s/ *Jason S. Weiss*
Jason S. Weiss
jason@jswlawyer.com
Fla. Bar No. 356890
**WEISS LAW GROUP, P.A.**
5531 North University Drive, Suite 103
Coral Springs, FL 33067
Tel: 954-573-2800
Fax: 954-573-2798
*Counsel for* National Car Cure, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2021, I caused a copy of the foregoing document to be served via ECF on all parties entitled to receive notice.

/s/ *Jason S. Weiss*
Jason S. Weiss